# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT G. WHITEMAN, | ) | |
| | ) | Judge Bucklo |
| Plaintiff, | ) | |
| | ) | 10-cv-4164 |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | Magistrate Judge Valdez |
| | ) | |
| Defendant, | ) | |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Robert G. Whiteman and Defendant NCO Financial Systems, Inc., hereby stipulate to the dismissal of Plaintiff's claims against Defendant NCO Financial Systems with prejudice and with each party to bear their own costs.

Respectfully submitted,

/s/ Cassandra P. Miller                                    /s/ James K. Schultz

Daniel A. Edelman                          James K. Schultz
Cathleen M. Combs                         Nicole Barrett
James O. Latturner                         Sessions, Fishman, Nathan & Israel, LLP
Cassandra P. Miller                         55 West Monroe
EDELMAN, COMBS, LATTURNER          Suite 1120
& GOODWIN, LLC                           Chicago, IL 60603
120 S. LaSalle Street, Suite 1800          *(Counsel for Defendant)*
Chicago, Illinois 60603
*(Counsel for Plaintiff)*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2010, a copy of the within was filed. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

David Israel
Sessions, Fishman, Nathan & Israel LLC
3850 North Causeway Boulevard
Suite 200
Metairie, LA  70002-7227

James K. Schultz
Nicole Barrett
Sessions, Fishman, Nathan & Israel, LLP
55 West Monroe
Suite 1120
Chicago, IL  60603

/s/ Cassandra P. Miller