UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Robert G. Whiteman
                         Plaintiff,

v.                                       Case No.: 1:10–cv–04164
                                             Honorable Elaine E. Bucklo

NCO Financial Systems, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 3, 2010:

       MINUTE entry before Honorable Elaine E. Bucklo: Pursuant to Stipulation, this action is dismissed with prejudice and each party to bear its own fees and costs. Haring set for 11/4/10 is now vacated.Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.